IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES STANLEY WILLIAMS,

    Petitioner,                  No. CIV S-07-2576 FCD EFB P

    vs.

FELEKER, Warden,

    Respondent.           <u>ORDER</u>

                                /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

        Petitioner challenges a conviction in the Kern County Superior Court. Actions arising out of Kern County are to be commenced in the district court sitting in Fresno. Local Rule 3-120(d). Rule 3-120(d) provides for intra-district transfer when an action has been commenced in the wrong intra-district venue. Accordingly, this action shall be transferred to Fresno and the court defers ruling on petitioner's application leave for to proceed *in forma pauperis* pending the transfer.

////

////

////

1

1     Accordingly, it is hereby ORDERED that:

2     1. This action is transferred to the district court sitting in Fresno. *See* Local Rule 3-120(f);

4     2. The Clerk of Court shall assign a new case number; and

5     3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 27, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE