# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STANLEY WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FELEKER,<br><br>　　　　　Respondent.　　　　　／ | 1:07-cv-01881 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, WITHOUT PREJUDICE, AS SUCCESSIVE, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>[Doc. 8] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 27, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, as successive.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

　　　　On March 14, 2008, Petitioner filed timely objections to the Findings and Recommendation.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 27, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, as SUCCESSIVE; and,
3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:  April 10, 2008                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE